IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hudson, Brenda B | Case Number: 08 B 31238 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/17/09 | Filed: 11/17/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 29, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 2. | Capital One Auto Finance | Secured | 17,696.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 4,642.45 | 0.00 |
| 4. | Receivables Management Inc | Unsecured | 25.00 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 103.22 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 82.00 | 0.00 |
| 7. | Capital One Auto Finance | Unsecured | 89.60 | 0.00 |
| 8. | Sallie Mae | Unsecured | 5,533.78 | 0.00 |
| 9. | Illinois Student Assistance Commission | Unsecured | 878.31 | 0.00 |
| 10. | Sallie Mae | Unsecured | 8,477.01 | 0.00 |
| 11. | American Recovery System | Unsecured | | No Claim Filed |
| 12. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 13. | Advance America | Unsecured | | No Claim Filed |
| 14. | Check Into Cash | Unsecured | | No Claim Filed |
| 15. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 16. | Edfinancial Services | Unsecured | | No Claim Filed |
| 17. | Great Lakes Specialty | Unsecured | | No Claim Filed |
| 18. | Edfinancial Services | Unsecured | | No Claim Filed |
| 19. | First Cash Advance | Unsecured | | No Claim Filed |
| 20. | Professional Collectors | Unsecured | | No Claim Filed |
| 21. | Debt Credit Service | Unsecured | | No Claim Filed |
| 22. | KCA Financial Services | Unsecured | | No Claim Filed |
| 23. | Fbcs Inc | Unsecured | | No Claim Filed |
| 24. | KCA Financial Services | Unsecured | | No Claim Filed |
| 25. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 26. | Professional Collectors | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hudson, Brenda B | Case Number: 08 B 31238 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 03/17/09 | Filed: 11/17/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 28. | The Payday Loan Store | Unsecured | | No Claim Filed |
| 29. | Nicor Gas | Unsecured | | No Claim Filed |
| 30. | Western Control Service | Unsecured | | No Claim Filed |
| | | | $ 37,527.37 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: